July 18, 2024

**VIA ECF**
The Honorable Orelia E. Merchant
U.S. District Court Eastern District of New York
Judge Orelia E. Merchant
S225 Cadman Plaza E,
Brooklyn, NY 11201

        **Re: De Lucas V. Equifax Information Services Llc Et Al; 1:2024-cv-01643 (OEM) (JAM)**
        *Notice of Settlement in Principle between Plaintiff and Trans Union LLC Only*

Dear Judge Merchant:

      This firm represents Plaintiff in the above-referenced action ("Action"). On behalf of Plaintiff and Defendant Trans Union LLC ("Trans Union" together the "Parties"), I write to inform the Court that these parties have reached a confidential settlement in principle of Plaintiff's claims against Trans Union in the Action. So that the Parties have sufficient time to (a) finalize and execute a settlement agreement ("Agreement") and (b) assure that all September 18, 2024 to file a joint stipulation and proposed order dismissing all claims against Trans Union with prejudice.

                                                        Respectfully submitted,

                                                        James R. Ticchio