UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FRANCIS DE LUCAS,

          *Plaintiff,*

   -against-

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND PORTFOLIO RECOVERY ASSOCIATES LLC,

          *Defendant(s).*

Case No. 1:2024-cv-01643 (OEM) (LKE)

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Francis De Lucas, and Experian Information Solutions, Inc., that the above-titled action is hereby dismissed with prejudice against Defendant Experian Information Solutions, Inc. Each party will bear their own costs and attorney's fees.

/s/ James R. Ticchio
James R. Ticchio
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*

/s/ Heather H. Sharp  
Heather H. Sharp  
Seyfarth Shaw LLP  
1075 Peachtree St. Ne Suite 2500  
Atlanta, GA 30309  
404-881-5477  
Email: Hsharp@seyfarth.com  
*Counsel for Equifax Information Services, LLC*

/s/Collin Li  
Collin Li  
Jones Day  
250 Vesey Street Ste 3218a  
New York, NY 10007  
212-326-3436  
Email:Collinli@jonesday.Com  
*Counsel for Experian Information Solutions, Inc.*

/s/ Andrew George Hope  
Andrew George Hope  
Buchanan Ingersoll & Rooney PC  
50 S 16th St. Suite 3200  
Philadelphia, PA 19102  
215-665-8700  
Email: Andrew.Hope@bipc.com  
*Counsel for Trans Union LLC*

/s/ Stephen Jay Steinlight  
Stephen Jay Steinlight  
Troutman Pepper Hamilton Sanders LLP  
875 Third Ave.  
New York, NY 10022  
212-704-6000  
Email:Stephen.Steinlight@troutmansanders.com  
*Counsel for Portfolio Recovery Associates LLC*


Date: August 19, 2024