September 10, 2024

<u>**VIA ECF**</u>

The Honorable Orelia E. Merchant
U.S. District Court Eastern District of New York
Judge Orelia E. Merchant
S225 Cadman Plaza E,
Brooklyn, NY 11201

      Re: <u>**De Lucas V. Equifax Information Services Llc Et Al**</u>; <u>**1:2024-cv-01643 (OEM)(JAM)**</u>
*Notice of Settlement in Principle between Plaintiff and Portfolio Recovery Associates LLC Only*

Dear Judge Merchant:

      This firm represents Plaintiff in the above-referenced action ("Action"). On behalf of Plaintiff and Defendant Portfolio Recovery Associates LLC ("Portfolio Recovery" together the "Parties"), I write to inform the Court that these Parties have reached a confidential settlement in principle of Plaintiff's claims against Portfolio Recovery in the Action. So that the Parties have sufficient time to (a) finalize and execute a settlement agreement ("Agreement") and (b) assure that all conditions of the Agreement are satisfied, Plaintiff respectfully requests until November 10, 2024 to file a joint stipulation and proposed order dismissing all claims against Portfolio Recovery with prejudice.

                                                  Respectfully submitted,

                                                  James R. Ticchio