September 17, 2024

<u>VIA ECF</u>
The Honorable Orelia E. Merchant
U.S. District Court Eastern District of New York
S225 Cadman Plaza E,
Brooklyn, NY 11201

      Re: <u>De Lucas V. Equifax Information Services Llc Et Al; 1:2024-cv-01643 (OEM)(JAM)</u>
*Notice of Settlement in Principle between Plaintiff and Equifax Information Services LLC*

Dear Judge Orelia E. Merchant:

      This firm represents Plaintiff in the above-referenced action ("Action"). On behalf of Plaintiff and Defendant Equifax Information Services LLC ("Equifax" together the "Parties"), I write to inform the Court that these parties have reached a confidential settlement in principle of Plaintiff's claims against Equifax in the Action. So that the Parties have sufficient time to (a) finalize and execute a settlement agreement ("Agreement") and (b) assure that all conditions of the Agreement are satisfied, Plaintiff respectfully requests until November 18, 2024 to file a joint stipulation and proposed order dismissing all claims against Equifax with prejudice.

      Respectfully submitted,

<u>/s/ James R. Ticchio</u>
James R. Ticchio
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*

<u>/s/ Heather H. Sharp</u>
Heather H. Sharp
Seyfarth Shaw LLP
1075 Peachtree Street Ne Suite 2500
Atlanta, GA 30309
404-881-5477
Fax: 404-892-7056
hsharp@seyfarth.com
*Counsel for Equifax Information Services LLC*