UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FRANCIS DE LUCAS,

        Plaintiff,　　　　　　　　　　　　　　　　JUDGMENT

v.　　　　　　　　　　　　　　　　　　　　　24-cv-01643 (OEM)(LKE)

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, AND PORTFOLIO
RECOVERY ASSOCIATES LLC,

        Defendants.
---------------------------------------------------------------X

An Order of the Honorable Orelia E. Merchant, United States District Court, having been filed on October 28, 2024, dismissing this action with prejudice against Defendant Equifax Information Services LLC; it is

ORDERED and ADJUDGED that this action is dismissed with prejudice against Defendant Equifax Information Services LLC; and that each party will bear their costs and attorney's fees.

Dated: Brooklyn, New York　　　　　　　　　　　　Brenna B. Mahoney
　　　　October 29, 2024　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By:　　*/s/Jalitza Poveda*
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk